**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZY CHO,<br>Plaintiff,<br>v.<br>SEATGEEK, INC.,<br>Defendant. | Case No. 26-cv-03293-BAS-BJW<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS WITH PREJUDICE (ECF No. 12)** |

Pending before the Court is Parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the above-captioned action. (ECF No. 12.)

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P. 41(a)(1)(B). However, the local civil rules of this district require that where, as here,

litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule 41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion. *See* CivLR 7.2.

Here, Parties jointly move to dismiss the present action. (ECF No. 12.) Having considered the parties' submission, the Court **GRANTS** the joint motion. (*Id.*) Thus, the Court **DISMISSES WITH PREJUDICE** the action. Each party shall bear its own costs and attorney's fees. The Court also **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

**DATED: October 28, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**